```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 03 B 51836
    TAMMY CHALMERS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0843
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   The case was filed on 12/29/2003 and was confirmed 02/25/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.00%.

   The case was paid in full 12/11/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 868.64 | .00 | 868.64 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 338.57 | .00 | 33.86 |
| ECAST SETTLEMENT CORP | UNSECURED | 386.56 | .00 | 38.66 |
| HOUSEHOLD FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| LORD & TAYLOR | UNSECURED | 769.92 | .00 | 76.99 |
| ECAST SETTLEMENT CORP | UNSECURED | 3266.74 | .00 | 326.67 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 15548.67 | .00 | 1554.87 |
| INTERNAL REVENUE SERVICE | SECURED | 1690.00 | .00 | 1690.00 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 1,910.00 | | 1,910.00 |
| TOM VAUGHN | TRUSTEE | | | 415.64 |
| DEBTOR REFUND | REFUND | | | 5.67 |

        Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 6,921.00 | |
| PRIORITY | | 868.64 |
| SECURED | | 1,690.00 |
| UNSECURED | | 2,031.05 |
| ADMINISTRATIVE | | 1,910.00 |
| TRUSTEE COMPENSATION | | 415.64 |
| DEBTOR REFUND | | 5.67 |
| TOTALS | 6,921.00 | 6,921.00 |

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 03 B 51836 TAMMY CHALMERS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                 /s/ Tom Vaughn

Dated: 03/05/09                          _____
                                                 TOM VAUGHN
                                                 CHAPTER 13 TRUSTEE